*E-Filed 5/13/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GLENN SUNKETT,

    Petitioner,

    v.

MARTIN BITER,

    Respondent.

No. C 15-1875 RS (PR)

**ORDER OF DISMISSAL**

The habeas petition in this action should have been filed in 14-0069 RS as an amended petition. Accordingly, this action is DISMISSED as duplicative. The Clerk shall file the petition in 15-1875 (Docket No. 1) as an amended petition in 14-0069, enter judgment in favor of respondent in 15-1875, and close the file. Once the amended petition is filed properly, the Court will reopen 14-0069.

**IT IS SO ORDERED**.

DATED: May 13, 2015

RICHARD SEEBORG
United States District Judge

No. C 15-1875 RS (PR)
ORDER OF DISMISSAL